NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AYYAKKANNU MANIVANNAN,**
*Petitioner*

**v.**

**DEPARTMENT OF ENERGY,**
*Respondent*

---

2020-1804

---

Petition for review of the Merit Systems Protection Board in No. PH-1221-18-0230-W-3.

---

## JUDGMENT

---

JOHN J. POWELL, Montgomery McCracken Walker & Rhoads LLP, Philadelphia, PA, argued for petitioner.

ROBERT R. KIEPURA, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by BRIAN M. BOYNTON, DOUGLAS GLENN EDELSCHICK, MARTIN F. HOCKEY, JR., ELIZABETH MARIE HOSFORD; MONEKIA GAUSE FRANKLIN, Office of General Counsel, United States Department of Energy, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and O'MALLEY, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 12, 2021           /s/ Peter R. Marksteiner
        Date                Peter R. Marksteiner
                            Clerk of Court